## United States Bankruptcy Court
### Western District of Michigan

| | | | |
|---|---|---|---|
| In re | Barbara Ann Bolton | Case No. | 08-02490 |
| | Debtor(s) | Chapter | 13 |

# MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On  March 24, 2008 , the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date September 8, 2009    Signature /s/ Barbara Ann Bolton
                                    Barbara Ann Bolton
                                    Debtor

Attorney /s/ Karl A. H. Bohnhoff
         Karl A. H. Bohnhoff P10957

BOHNHOFF & MAHONEY, PLC
912 Centennial Way
Suite 320
Lansing, MI 48917
(517) 323-4410
Fax: (517) 323-4503
bankruptcy@bohnhofflawoffice.com