# United States Bankruptcy Court
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Barbara Ann Bolton**<br>1577 South Hollister<br>Ovid, MI 48866<br>SSN: xxx−xx−8248<br><br>Debtor(s) | Case Number 08−02490−jrh<br><br>Chapter 7<br><br>Honorable Jeffrey R. Hughes |

## NOTICE OF CONVERSION OF CASE UNDER CHAPTER 13
## TO CASE UNDER CHAPTER 7 TOGETHER WITH RELATED ORDER

At a session of said Court of Bankruptcy, held in and for said district on 9/10/09 .

PRESENT:  Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

Debtor(s) have filed either a notice or motion on September 8, 2009 , to convert this case from Chapter 13 to Chapter 7 in accordance with 11 U.S.C. § 1307(a). If the latter (i.e., by motion), the court treats the motion as if it were a notice. Therefore, this case is converted to a Chapter 7 case as of the date the notice or motion was filed. Fed.R.Bankr.P. 1017(f)(3). The obligations of the Chapter 13 Trustee and the Debtor(s) with respect to the conversion are set forth in Fed.R.Bankr.P. 1019.

The United States Trustee has designated **Colleen M. Olson** to serve as the interim trustee in the Chapter 7.

In conjunction with the conversion of this case, IT IS HEREBY ORDERED THAT:

1. Debtor(s) shall provide W−2 forms to employees (if any) within 30 days of this order.

2. All orders entered during the Chapter 13 proceeding which required the employer(s) of the Debtor(s) to submit monies to the Chapter 13 trustee are hereby terminated as of the date of this order.

3. Any person who has a claim for payment of an administrative expense which arose post−petition but prior to the conversion of the case to Chapter 7 who has not already filed with the Court a request for payment of that administrative expense shall file such a request for payment with the Court (One Division Street NW, Grand Rapids, MI 49503) by no later than sixty (60) days from the date this notice and order was served.

4. The Chapter 13 Trustee, within 30 days after all checks written by the Trustee have cleared, shall file an accounting of all receipts and distributions made, as required by Bankruptcy Rule 1019(5)(B).

5. Section 348(f)(2) of the Bankruptcy Code provides that if the conversion of the Chapter 13 case to a Chapter 7 case is in "bad faith," then the property of the estate for purposes of the Chapter 7 case shall consist of the "property of the estate" as of the date of conversion as opposed to the "property of the estate" as of the date of the original petition that remains in the possession or control of the debtor as of the date of the conversion. Any creditor or other party in interest who contends that Debtors' conversion of the Chapter 13 case to a Chapter 7 case was in "bad faith" for purposes of 11 U.S.C. § 348(f)(2) shall assert that position in a written motion filed with this Court within thirty (30) days of the service of this order together with a proof of service indicating that service has been made upon the Debtor(s), the United States Trustee, and the Chapter 7 Trustee.

6. The Chapter 13 Trustee shall, pursuant to Bankruptcy Rule 1019(4), forthwith turnover to the Chapter 7 Trustee all records of the estate, as well as all property being held by the Chapter 13 Trustee that represents "non−wage"

income or "non−wage" assets of the Debtor. If the Chapter 13 Trustee also holds "wage" income or "wage" assets, the Chapter 13 Trustee shall immediately notify the Chapter 7 Trustee about the type and source of such property. The Chapter 13 Trustee shall continue to hold such "wage" income and "wage" assets until the time within which a Section 348(f)(2) "bad faith" motion may be made pursuant to this order. If a timely motion is filed, then the "wage" income and "wage" assets shall also be turned over to the Chapter 7 Trustee pending further order of this Court. If, however, a timely motion is not filed, then the "wage" income and "wage" assets, together with any other assets not required to be turned over to the Chapter 7 Trustee, shall be disbursed by the Chapter 13 Trustee pursuant to the Bankruptcy Code, Bankruptcy Rules and applicable law.

IT IS FURTHER ORDERED that this notice and related order be served upon the Debtor(s), the Debtor(s') attorney, the Chapter 13 Trustee, the Chapter 7 Trustee and upon all parties listed on the matrix herein.

/S/
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

Order electronically transmitted to the Bankruptcy Notice Center for proper service on  September 10, 2009 .

# CERTIFICATE OF NOTICE

```
District/off: 0646-1           User: kinseyd                Page 1 of 2                  Date Rcvd: Sep 10, 2009
Case: 08-02490                 Form ID: ojrh12              Total Noticed: 63

The following entities were noticed by first class mail on Sep 12, 2009.
db           +Barbara Ann Bolton,   1577 South Hollister,   Ovid, MI 48866-9690
aty          +Amy M. Patterson,   Office of Attorney General,   525 W. Ottawa St.,   Lansing, MI 48933-1067
aty          +Bradley K. Morton,   Michigan Department of Attorney General,   Revenue & Collections Division,
               PO Box 30754,   Lansing, MI 48909-8254
aty          +Erika L. Anderson,   Jackson Jackson & Associates PC,   120 East Walker Street,   PO Box 246,
               St. Johns, MI 48879-0246
aty          +Karl A. H. Bohnhoff,   Law Office of Karl A.H. Bohnhoff,   912 Centennial Way,   Suite 320,
               Lansing, MI 48917-8246
aty          +Tyler B. Jones,   Brice Vander Linden & Wernick,   9441 LBJ Freeway, Ste 250,
               Dallas, TX 75243-4640
tr           +Colleen M. Olson,   10850 E. Traverse Hwy., Suite 2296,   Traverse City, MI 49684-1319
tr           +Mary K. Viegelahn,   Cornerstone Building,   415 West Michigan Ave.,   Kalamazoo, MI 49007-3713
cr           +CitiMortgage, Inc.,   P. O. Box 829009,   Dallas, TX 75382-9009
cr           +Elsie Downtown Development Authority,   Erika L. Anderson,   Jackson, Jackson & Associates, P.C.,
               120 W. Walker Street,   P.O. Box 246,   St. Johns, MI 48879-0246
cr           +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
4939225      +AT&T,   C/O NCO FINANCIAL SYSTEMS,   PO BOX 4921,   TRENTON NJ 08650-4921
4939226      +CAPITAL ONE,   PO BOX 85015,   RICHMOND VA 23285-5015
4947975      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
               NORCROSS, GA 30091-5155
4939227      +CCB CREDIT SERVICES,   5300 S 6TH STREET,   SPRINGFIELD IL 62703-5184
4939228      +CITIMORTGAGE, INC.,   PO BOX 9442,   GAITHERSBURG MD 20898-9442
4939229      +CONSUMERS ENERGY,   530 W. WILLOW,   LANSING MI 48906-4754
5073168      +CitiMortgage, Inc.,   PO Box 6006,   The Lakes, Nevada 88901-6006
4981674      +Consumers Energy Company,   Attn: Michael G. Wilson,   One Energy Plaza - EP11-451,
               Jackson, MI 49201-2357
4939230      +ELSIE DOWNTOWN DEV. AUTH.,   125 W. MAIN STREET,   ELSIE MI 48831-5116
4939231      +FIRST BANK,   201 N CLINTON AVENUE,   SAINT JOHNS MI 48879-1503
4939232      +FIRST PREMIER BANK,   601 S. MINNESOTA AVENUE,   SIOUX FALLS SD 57104-4868
4939233      +FTD INC.,   C/O MULLER, MULLER, RICHMOND,,   HARMS, MYERS & SGROI,
               161 OTTAWA AVE. NW, STE. 205-E,   GRAND RAPIDS MI 49503-2721
4961303      +Firstbank,   c/o Erika L. Anderson,   Jackson, Jackson & Associates, P.C.,   120 E. Walker St.,
               P.O. Box 246,   St. Johns, MI 48879-0246
4992067      +Ftd,   3113 Woodcreek Drive,   Downers Grove, IL 60515-5420
4939234       GANNETT DIRECTORIES,   CORPORATE OFFICES,   7557 W MICHIGAN AVE,   PO BOX 349,
               PIGEON MI 48755-0349
4939235      +GANZ,   60 INDUSTRIAL PARKWAY,   CHEEKTOWAGA NY 14227-2774
4939237      +HSBC NV,   PO BOX 19360,   PORTLAND OR 97280-0360
4939238      +HSBC/NAUTILUS,   PO BOX 15524,   WILMINGTON DE 19850-5524
4939239     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,   PO BOX 21126,   PHILADELPHIA PA 19114)
4939240      +JET SPEED PRINTING,   C/O ARS,   PO BOX 184,   SAINT JOHNS MI 48879-0184
4939241      +KAY BERRY, INC.,   6301 NORTH NOAH DRIVE,   SAXONBURG PA 16056-9741
4939242      +LITERARY GUILD SELECT,   C/O RJM ACQ LLC,   575 UNDERHILL BOULEVARD,   SUITE 2,
               SYOSSET NY 11791-3426
4939243      +MIDNIGHT VELVET,   1112 7TH AVENUE,   MONROE WI 53566-1364
4939244      +MILLS REFRIGERATION,   3523 PICKWICK PLACE,   LANSING MI 48917-1789
5007388      +Midnight Velvet,   c/o Creditors Bankruptcy Service,   PO box 740933,   Dallas, TX 75374-0933
4939245      +NCO FINANCIAL SYSTEMS,   PO BOX 15740,   WILMINGTON DE 19850-5740
4939246      +NORDLINE,   3440 TORREY ROAD,   FLINT MI 48507-3273
4939247      +OLD KENT BANK AND TRUST,   PO BOX 100,   GRAND RAPIDS MI 49501-0100
4983766      +Premier Bankcard/Charter,   P.O. Box 2208,   Vacaville, CA 95696-8208
4939248      +RWS OF MID-MICHIGAN,   PO BOX 3099,   MONTROSE MI 48457-0799
4939249      +SAGINAW VALLEY FLOWER EXCHANGE,   1400 TITTABAWASSEE ROAD,   SAGINAW MI 48604-1056
4939250      +SEVENTH AVENUE,   1112 7TH AVENUE,   MONROE WI 53566-1364
5014280      +Seventh Avenue,   c/o Creditors Bankruptcy Service,   PO Box 740933,   Dallas, TX 75374-0933
5046865      +State of Michigan, Department of Treasury,   Revenue & Collections Division,   P.O. Box 30754,
               Lansing, MI 48909-8254
4939251      +TELEFLORA,   PO BOX 60910,   LOS ANGELES CA 90060-0910
4939252      +TROY BOLTON,   1577 S. HOLLISTER,   OVID MI 48866-9690
4939253      +VERIZON SOUTH,   PO BOX 920041,   DALLAS TX 75392-0041
4939254      +YELLOW PAGES,   ATD,   PO BOX 3110,   JERSEY CITY NJ 07303-3110

The following entities were noticed by electronic transmission on Sep 10, 2009.
aty           +E-mail/Text: ECF@ORLAW.COM                           Kurt A. Steinke,   O'Reilly Rancilio PC,
               12900 Hall Road, Ste 350,   Sterling Heights, MI 48313-1174
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                           Daniel J. Casamatta,
               Assistant U.S. Trustee,   Office of the U.S. Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                           Daniel M. McDermott,
               Office of the United States Trustee,   Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                           David W. Asbach,
               Office of the US Trustee,   The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                           Dean E. Rietberg,
               Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                           Habbo G. Fokkena,
               Office of the United States Trustee,   Michigan/Ohio Region 9,   The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
```

```
District/off: 0646-1          User: kinseyd                Page 2 of 2                   Date Rcvd: Sep 10, 2009
Case: 08-02490               Form ID: ojrh12              Total Noticed: 63

The following entities were noticed by electronic transmission (continued)
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                  Matthew T. Cronin,
                 Office of the US Trustee,   The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                 Michael V. Maggio,
                 Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                 Michelle M. Wilson,
                 Trial Attorney,   Office of the US Trustee,   The Ledyard Building, 2nd Floor,
                 125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                            Office of the U.S. Trustee,
                 The Ledyard Building, 2nd Floor,   125 Ottawa NW, Suite 200R,   Grand Rapids, MI 49503-2837
4939236        +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2009 21:52:53       GEMB/SAMS CLUB,   PO BOX 981064,
                 EL PASO TX 79998-1064
5042372         E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4981477        +E-mail/Text: ebn@phinsolutions.com                                      RJM Acquisitions LLC,
                 575 Underhill Blvd Ste 224,   Syosset, NY 11791-3416
5066587        +E-mail/PDF: bankruptcyverizoncom@afni.com Sep 10 2009 21:51:40      Verizon North Inc.,
                 404 Brock Drive,   Bloomington, IL 61701-2654
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Firstbank,   c/o Erika L. Anderson,   Jackson, Jackson & Associates, P.C.,    120 E. Walker St.,
                 P.O. Box 246,   St. Johns, MI 48879-0246
cr*            +State of Michigan, Department of Treasury,   Revenue & Collections Division,   P.O. Box 30754,
                 Lansing, MI 48909-8254
5066588*       +Verizon North Inc.,   404 Brock Drive,   Bloomington, IL 61701-2654
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2009**                    **Signature:**   *Joseph Speetjens*